In the Matter of the Accounting of JACOB VOELBEL, as Executor of NICOLAUS JOOST, Deceased, Respondent.
ANNA L. RAFF, Appellant.

*Matter of Voelbel,* 126 App. Div. 932, affirmed.
(Submitted January 5, 1909; decided January 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1908, which affirmed a decree of the Kings

County Surrogate's Court settling the accounts of the executor herein. ·

*Frank C. Avery* for appellant.

*John H. Steenwerth* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.